**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-7904**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CARLOS ROME,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at New Bern.  Malcolm J. Howard, District Judge.  (CR-00-33-4)

_____

Submitted:  March 6, 2003          Decided:  March 14, 2003

_____

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Carlos Rome, Appellant Pro Se.  C. J. Moore, Cherry Point, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carlos Rome appeals the district court's order denying his motion for return of property, specifically $6245 in U.S. currency. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Rome, No. CR-00-33-4 (E.D.N.C. Oct. 2, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED